UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN HEASLEY and ANDREW BORG,<br><br>    Plaintiffs,<br><br>    v.<br><br>VISTAPRINT CORPORATE SOLUTIONS, INC.,<br>VISTAPRINT.COM, INC., CIMPRESS USA, INC.<br>and JOHN AND JANE DOES 1 THROUGH 15,<br>all whose true names are unknown,<br><br>    Defendants. | Civil Action No. 1:18-CV-10076 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Stephen Heasley and Andrew Borg hereby request that this action be dismissed with prejudice and without assessment of attorneys' fees, interest, or costs against any party.

Respectfully submitted,

STEPHEN HEASLEY and ANDREW BORG

By their Attorneys,

/s/  Elizabeth S. Dillon
Elizabeth S. Dillon (BBO No. 683540)
Brian D. Fishman (BBO No. 696650)
CETRULO LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210
Tel:  (617) 217-5500
Fax:  (617) 217-5200
edillon@cetllp.com
bfishman@cetllp.com


/s/  David E. Gottlieb
David E. Gottlieb
Michael J. Willemin
WIGDOR LLP
85 Fifth Avenue
New York, New York 10003
Tel:  (212) 257-6800
Fax:  (212) 257-6845
dgottlieb@wigdorlaw.com
mwillemin@wigdorlaw.com

*Proposed Pro Hac Vice Attorneys for Plaintiffs*